FILED'08 APR 17 14:31 USDC-ORP

DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Arlene Kendig**

    **Plaintiff,**

vs.                                                                      Civil No. 07-cv-1329-PK

**Commissioner of Social Security**

    **Defendant.**                                  **ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $21.81, costs in the amount of $358.23, and attorney's fees in the amount of $3799.20, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 17th day of April, 2008.

                                                    Paul Papak
                                                  U.S. MAGISTRATE JUDGE

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**